**No. 41852.**—Protest 882391–G of M. Pressner & Co. (New York).

Opinion by DALLINGER, J. The needle threaders were found to be similar to those the subject of Abstract 38680. The claim as household utensils at 40 percent under paragraph 339 was therefore sustained as to these items. It was found that the tape measures are chiefly, if not exclusively, used in the home, but the record did not disclose that the base metal in them is not aluminum. Therefore the claim as to these items was overruled.